IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVES, K-74703, | ) |
| Plaintiff, | ) No. C 16-01020 CRB (PR) |
| vs. | ) JUDGMENT |
| DENNIS VEGA, et al., | ) |
| Defendants. | ) |

For the reasons stated in the accompanying order granting Defendants' motion for summary judgment, judgment is entered in favor of Defendants and against Plaintiff.

The clerk shall close the file.

SO ORDERED.

DATED: March 31, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Alves, R.16-1020.judgment.wpd